# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

RITA KAYE TAYLOR,

                Plaintiff,

v.                                      CIVIL ACTION NO.  2:19-cv-00387

CLAY COUNTY SHERIFF'S DEPARTMENT, et al.,

                Defendants.

### ORDER AND NOTICE

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**08/12/19**    Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**09/03/19**    Last day for Rule 26(f) meeting.

**09/12/19**    Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the court's website. See LR Civ P 16.1.

**09/19/19**    Telephonic Scheduling Conference at **2:00 p.m.**, before the undersigned, unless canceled.

**09/26/19**    Entry of Scheduling Order.

**10/03/19**    Last day to serve FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P From 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 29, 2019

_____
THOMAS E. JOHNSTON, CHIEF JUDGE